[DO NOT PUBLISH]

In the

# United States Court of Appeals

## For the Eleventh Circuit

_____

No. 23-10270

Non-Argument Calendar

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

*versus*

AKOHOMEN IGHEDOISE,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida
D.C. Docket No. 8:15-cr-00320-SDM-MRM-1

_____

2                    Opinion of the Court                    23-10270

Before JORDAN, NEWSOM, and ANDERSON, Circuit Judges.

PER CURIAM:

Thomas A. Burns, appointed counsel for Akohomen Ighedoise in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738 (1967). Our independent review of the record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Ighedoise's conviction and sentence are **AFFIRMED**.[1]

---

[1] Ighedoise's motions for appointment of counsel and to proceed in forma pauperis are DENIED.